THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT FLANNAGAN (Impleaded), Defendant-Appellant.

(No. 56757; ▮▮▮▮▮▮▮)

First District—October 27, 1972.

Opinion by Mr. JUSTICE DRUCKER.

James J. Doherty, Public Defender, of Chicago, (Ronald P. Katz, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, States Attorney, of Chicago, for the People.

HELEN C. JACOBSEN, Plaintiff-Appellee, *v.* NATIONAL BANK OF AUSTIN, as Trustee, *et al.*, Defendants-Appellees—(LEE N. ROMANO *et al.*, Counterplaintiffs and Third-party Plaintiffs-Appellants, *v.* NATIONAL BANK OF AUSTIN, as Trustee Under Trust No. 3679, *et al.*, Counterdefendants-Appellees, (ROBERT CAREY, SR., Third-party Defendant-Appellee.) )

(No. 55879; ▮▮▮▮▮▮▮)

First District—October 25, 1972.

*Rehearing denied November 22, 1972.*